**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6049**

———————

THOMAS E. BOWMAN,

Plaintiff - Appellant,

versus

OFFICER WALKER; PHUMPHRIES; MR. ROOP; MRS.
CHEVRELL; CLARKE FREDERICK WINCHESTER REGIONAL
JAIL,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  Jackson L. Kiser, Senior District
Judge.  (CA-98-506-R)

———————

Submitted:  February 8, 2000          Decided:  February 24, 2000

———————

Before MURNAGHAN, WILKINS, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Thomas E. Bowman, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Thomas E. Bowman appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Bowman v. Walker</u>, No. CA-98-506-R (W.D. Va. Sept. 22 & Nov. 5, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>